■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R. TATRO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—driving while intoxicated as a felony.) Present—Callahan, J. P., Doerr, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUES GIBEAU, Also Known as MARVIN JOSEPH PITSLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Sullivan J.—criminal possession of forged instrument, second degree.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO YULFO, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—robbery, first degree; grand larceny, third degree.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.